**E-FILED 07/25/08**

# DENIED

BY ORDER OF THE COURT

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARTNER, INC.<br><br>Plaintiff,<br><br>v.<br><br>KEVIN PARIKH, JAY PRIDAY, ROBERT WYMAN RANDOLPH, MICHAEL ANDERSEN, AMIT SINGH, RAVI MAHALINGAM, HENRY GUAPO, STRADLING GLOBAL SOURCING, LLC, STRADLING YOCCA CARLSON & RAUTH, A PROFESSIONAL CORPORATION,<br><br>Defendants.<br><br>AND RELATED ACTION | Lead Case: SA CV 07-37-PSG (MLGx)<br>Consolidated:<br>Case No. 07-CV-2039 PSG (MLGx)<br><br>**ORDER DENYING GARTNER'S EX PARTE APPLICATION OR ALTERNATIVE MOTION TO CONTINUE TRIAL AND PRETRIAL CONFERENCE AND RELATED DATES PURSUANT TO L.R. 16-9, 40-1.**<br><br>[Lodged concurrently with Gartner's Ex Parte Application; Motion to Continue Pretrial Conference and Trial Date; Declaration of Alan Jay Weil]<br><br>Discovery Cutoff: August 5, 2008<br>Pretrial Conf: August 18, 2008<br>Trial: September 16, 2008<br><br>[Assigned to Hon. Philip S. Gutierrez, Courtroom 790] |

[PROPOSED] ORDER GRANTING GARTNER'S *EX PARTE* APPLICATION AND MOTION TO CONTINUE TRIAL AND PRETRIAL CONFERENCE PURSUANT TO L.R. 16-9, 40-1.

GAIMS, WEIL, WEST & EPSTEIN, LLP
ATTORNEYS AT LAW
1875 CENTURY PARK EAST, 12th FLOOR, LOS ANGELES, CALIFORNIA 90067-2513

Good cause appearing therefor as set forth in Gartner's ex parte application and alternative motion to continue the Pretrial Conference, trial and related dates, the Court hereby ORDERS as follows:

1. The trial date shall be continued from September 16 to December 2, 2008 at 9:00 a.m.

2. The Pretrial Conference shall be continued from August 25 to November 10, 2008 at 2:30 p.m.

3. The parties' Memoranda of Contentions of Law and Fact, Witness Lists and Joint Exhibit Lists shall be filed on October 20, 2008.

4. The Pretrial Conference Order shall be filed on October 30, 2008.

5. All other documents to be filed in connection with the new Pretrial Conference or the trial date become due in accord with the Federal Rules of Civil Procedure and the Local Rules of this Court.

6. Expert witness rebuttal reports shall be filed and served on August 26, 2008 and expert witness depositions shall be completed by September 9, 2008.

**IT IS SO ORDERED.**

Dated: July _25__, 2008

By **DENIED**
Hon. Philip S. Gutierrez
U.S. District Court Judge

1
[PROPOSED] ORDER GRANTING GARTNER'S *EX PARTE* APPLICATION AND MOTION TO CONTINUE TRIAL AND PRETRIAL CONFERENCE PURSUANT TO L.R. 16-9, 40-1.