VALLE & ASSOCIATES
JEFFREY B. VALLE  (Bar No. 110060)
    jvalle@valleassociates.com
STEVEN M. RAGONA  (Bar No. 181613)
    sragona@valleassociates.com
11911 San Vicente Blvd., Suite 324
Los Angeles, California 90049
Telephone:  (310) 476-0300
Facsimile:   (310) 476-0333

Attorneys for Defendant
STRADLING YOCCA CARLSON & RAUTH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRADLING GLOBAL SOURCING, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>GARTNER, INC.,<br><br>          Defendant. | Lead Case No.:<br>SA CV 07-37-PSG (MLGx)<br>Consolidated Case No.:<br>07-CV-2039 PSG (MLGx)<br><br>Assigned to Hon. Philip S. Gutierrez, Courtroom 790<br><br>**DECLARATION OF JEFFREY B. VALLE**<br><br>Filed in support of Defendant Stradling Yocca Carlson & Rauth's Motion for Summary Judgment<br><br>Date:  September 29, 2008<br>Time:  1:30 p.m.<br>Courtroom:  790 |
| GARTNER, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>KEVIN PARIKH, et al.,<br><br>          Defendants. | |

Declaration of Jeffrey B. Valle

I, JEFFREY B. VALLE, do hereby declare as follows:

1. I am an attorney admitted to practice law in California, and am the principal of Valle & Associates, counsel of record for defendant Stradling Yocca Carlson & Rauth ("SYCR"). I submit this declaration in support of SYCR's Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment. I have personal knowledge of the matters set forth herein and, if called as a witness, could testify competently thereto.

2. Attached hereto as Exhibit "B" is a true and correct copy of excerpts from the April 11, 2008 deposition of Shivbir Grewal.

3. Attached hereto as Exhibit "C" is a true and correct copy of excerpts from the July 9, 2008 deposition of Robert Kane ("Kane Depo.").

4. Attached hereto as Exhibit "D" is a true and correct copy of excerpts from the July 8, 2008 deposition of Tony Malkani.

5. Attached hereto as Exhibit "E" is a true and correct copy of excerpts from the March 19, 2008 deposition of Kevin Parikh.

6. Attached hereto as Exhibit "F" is a true and correct copy of excerpts from the March 27, 2008 deposition of Jay Priday ("Priday Depo.").

7. Attached hereto as Exhibit "G" is a true and correct copy of excerpts from the June 27, 2008 deposition of Numan Siddiqi ("Siddiqi Depo.").

8. Attached hereto as Exhibit "H" is a true and correct copy of Deposition Exhibit 189. This exhibit is authenticated at Siddiqi Depo. at 20:7-24.

9. Attached hereto as Exhibit "I" is a true and correct copy of Deposition Exhibit 190. This exhibit is authenticated at Siddiqi Depo. at 36:24 to 37:11.

10. Attached hereto as Exhibit "J" is a true and correct copy of Deposition Exhibit 192. This exhibit is authenticated at Kane Depo. at 126:12-15.

11. Attached hereto as Exhibit "K" is a true and correct copy of Deposition Exhibit 193. This exhibit is authenticated at Siddiqi Depo. at 22:15 to 23:2.

12. Exhibit "L" is a true and correct copy of Deposition Exhibit 155. This exhibit is being filed separately under seal, pursuant to the protective order in place in this action. This exhibit is authenticated at Priday Depo. at 151:7-9.

13. Exhibit "M" is a true and correct copy of Deposition Exhibit 241. This exhibit is also being filed separately under seal. This exhibit is authenticated at Kane Depo. 141:5-16.

I declare under penalty of perjury under the laws of the United States and the State of California, that the foregoing is true and correct.

Executed this 1st day of September, 2008, at Los Angeles, California.

_____
Jeffrey B. Valle

Declaration of Jeffrey B. Valle