A. Robert Fischer (Pro Hac Vice)
Thomas G. Mackey (SBN 174572)
Jamie C. Chanin (SBN 244659)
JACKSON LEWIS LLP
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
(213) 689-0404 – Office
(213) 689-0430 – Fax
MackeyT@jacksonlewis.com
ChaninJ@jacksonlewis.com

Attorneys for Plaintiff,
STRADLING GLOBAL SOURCING, LLC;
Attorneys for Defendants,
STRADLING GLOBAL SOURCING, LLC,
KEVIN PARIKH, JAY PRIDAY, ROBERT RANDOLPH, MICHAEL ANDERSEN, AMIT SINGH, RAVI MAHALINGAM, and HENRY GUAPO

Jeffrey B. Valle (SBN 110060)
Steven M. Ragona (SBN 181613)
VALLE AND ASSOCIATES
11911 San Vicente Blvd., Suite 324
Los Angeles, CA 90049
(310) 476-0300 – Office
(310) 476-0333 – Fax
jvalle@valleassociates.com
sragona@valleassociates.com

Attorneys for Defendant,
STRADLING YOCCA CARLSON & RAUTH, A PROFESSIONAL CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRADLING GLOBAL SOURCING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GARTNER, INC.,<br><br>Defendant.<br><br>GARTNER, INC.,<br><br>Plaintiff, | CASE NO.: CV 07-2039-PSG (MLGx)<br><br>*Assigned for all purposes to the Honorable Philip S. Gutierrez*<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>[Fed. R. Civ. Proc. 56]<br><br>Hearing Date: September 29, 2008<br>Time: 1:30 p.m.<br>Courtroom: 790 |

| | |
|---|---|
| vs.<br><br>KEVIN PARIKH, JAY PRIDAY, WILLIAM WYMAN RANDOLPH, MICHAEL ANDERSEN, AMIT SINGH, RAVI MAHALINGAM, HENRY GUAPO, STRADLING GLOBAL SOURCING, LLC and STRADLING YOCCA CARLSON & RAUTH, A PROFESSIONAL CORPORATION,<br><br>Defendants. | [Filed concurrently with Memorandum of Points and Authorities; Proposed Statement of Uncontroverted Facts and Conclusions of Law; Proposed Order; and Declarations of Jamie C. Chanin, Kevin Parikh, Michael Andersen, Jay Priday, Robert Randolph, Ravi Mahalingam, Amit Singh, Henry Guapo, Dennis Fishback and Exhibits in Support Thereof]<br><br>Complaint Filed: November 22, 2006<br>Trial Date: December 2, 2008<br>Courtroom: 790 |

**TO PLAINTIFF GARTNER, INC. AND TO ITS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on September 29, 2008 at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 790 of the above-entitled Court, located at 255 E. Temple St., Los Angeles, California, Defendants Stradling Global Sourcing, LLC ("SGS"), Stradling Yocca Carlson & Rauth ("SYCR"), Kevin Parikh, Jay Priday, Robert Randolph, Michael Andersen, Amit Singh, Ravi Mahalingam and Henry Guapo (collectively referred to herein as "Defendants") will, pursuant to Federal Code of Civil Procedure 56, move this Court for an order granting summary judgment or, in the alternative, partial summary judgment in favor of Defendants and against Plaintiff Gartner, Inc. ("Plaintiff" or "Gartner") on the ground that there are no genuine issues as to any material fact and that Defendants are entitled to judgment as a matter of law. In the alternative, Defendants will move for partial summary judgment on the following grounds:

1. Plaintiff's First Claim for Breach Of An Agreement Not To Solicit Clients fails as a matter of law because: (1) the agreement is unlawful pursuant to California Business And Professions Code Section 16600; and (2) even if the agreement were otherwise enforceable, there is no evidence that Defendants solicited any clients in violation of that agreement.

2. Plaintiff's Second Claim for Breach Of Confidentiality And Non-Disclosure Agreement against Jay Priday fails as a matter of law because there is no evidence that Priday violated that agreement.

3. Plaintiff's Third Claim for Breach Of Agreement Not To Recruit Gartner Employees Against Kevin Parikh fails as a matter of law because: (1) the agreement is unlawful pursuant to California Business And Professions Code Section 16600; and (2) even if the agreement were otherwise enforceable, there is no evidence that Parikh recruited any of Plaintiff's employees.

4. Plaintiff's Fourth and Tenth Claims or Relief for Breach Of Duty Of Loyalty against Kevin Parikh fail because: (1) Parikh owed no fiduciary duty to Gartner; and (2) even if Parikh had such a duty, there is no evidence that Parikh breached it.

5. Plaintiff's Fifth Claim For Tortious Interference With Contract fails as a matter of law because the contracts at issue were terminable at-will and could therefore be terminated at any time and for any reason.

6. Plaintiff's Fifth Claim for Tortious Interference With Contract and Eighth Claim for Tortious Interference With Prospective Economic Advantage fail as a matter of law because there is no evidence that Defendants solicited Gartner clients who then transferred their business to SGS.

7. Plaintiff's Seventh And Twelfth Claims for Misappropriation Of Trade Secrets fail because: (1) Plaintiff cannot establish that any of the information it claims Defendants misappropriated constitutes a trade secret under Caliornia law; and (2) Plaintiff cannot establish that Defendants in fact misappropriated any of its alleged trade secrets.

8. Plaintiff's Sixth Claim for Unfair Trade Practices and Ninth Claim for Deceptive Business Practices fail as a matter of law because there is no evidence that any of the Defendants engaged in any unfair or deceptive trade or business practices.

9. Plaintiff's Eleventh Claim for Breach of Contract by Participating In Other Ventures While Still Employed By Gartner fails because there is no evidence that Parikh breached any such contractual obligation.

This motion is made following defense counsel's attempts to meet and confer regarding Defendants' intention to file the instant motion pursuant to Local Rule 7-3 on July 16, 2008, and pursuant to the stipulation and Order thereon accepted and entered by the Court on August 19, 2008. See Declaration of Jamie C. Chanin, ¶ 3, Exh. A, filed concurrently herewith.

This motion is based upon this Notice of Motion and Motion; the Memorandum of Points and Authorities in support thereof; the Proposed Statement of Uncontroverted

Facts and Conclusions of Law; the Declarations of Jamie C. Chanin, Kevin Parikh, Jay Priday, Robert Randolph, Michael Andersen, Ravi Mahalingam, Amit Singh, Henry Guapo and Dennis Fishback in support thereof, as well as other documents and records on file herein, and any oral and/or documentary evidence which may be presented up to and including the time of the hearing on this motion.

Dated: September 2, 2008

JACKSON LEWIS LLP

By: /s Thomas G. Mackey

Thomas G. Mackey
Jamie C. Chanin

Attorneys for Defendants,
KEVIN PARIKH, JAY PRIDAY, ROBERT RANDOLPH, MICHAEL ANDERSEN, AMIT SINGH, RAVI MAHALINGAM, and HENRY GUAPO

Attorneys for Plaintiff,
STRADLING GLOBAL SOURCING, LLC

Dated: September 2, 2008

VALLE & ASSOCIATES

By: ______________________

Jeffrey B. Valle
Steven M. Ragona

Attorneys for Defendant,
STRADLING YOCCA CARLSON & RAUTH