VALLE & ASSOCIATES
JEFFREY B. VALLE  (Bar No. 110060)
    jvalle@valleassociates.com
STEVEN M. RAGONA  (Bar No. 181613)
    sragona@valleassociates.com
11911 San Vicente Blvd., Suite 324
Los Angeles, California 90049
Telephone:  (310) 476-0300
Facsimile:   (310) 476-0333

Attorneys for Defendant
STRADLING YOCCA CARLSON & RAUTH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRADLING GLOBAL SOURCING, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GARTNER, INC.,<br><br>　　　　　Defendant.<br>―――――――――――――――<br>GARTNER, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KEVIN PARIKH, et al.,<br><br>　　　　　Defendants. | Lead Case No.:<br>SA CV 07-37-PSG (MLGx)<br>Consolidated Case No.:<br>07-CV-2039 PSG (MLGx)<br><br>Assigned to Hon. Philip S. Gutierrez, Courtroom 790<br><br>**DECLARATION OF STEVEN M. RAGONA**<br><br>Filed in support of Defendant Stradling Yocca Carlson & Rauth's Reply on Summary Judgment<br><br>Date:　September 29, 2008<br>Time: 1:30 p.m.<br>Courtroom: 790 |

Declaration of Steven M. Ragona

I, STEVEN M. RAGONA, do hereby declare as follows:

1.   I am an attorney admitted to practice law in California, and of counsel with the law firm of Valle & Associates, counsel of record for defendant Stradling Yocca Carlson & Rauth ("SYCR").  I submit this declaration in support of SYCR's Reply Memorandum in support of its Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment.  I have personal knowledge of the matters set forth herein and, if called as a witness, could testify competently thereto.

2.   Attached hereto as Exhibit "O" is a true and correct copy of excerpts from the July 9, 2008 deposition of Robert Kane.

3.   Attached hereto as Exhibit "P" is a true and correct copy of excerpts from the July 8, 2008 deposition of Tony Malkani.

4.   Attached hereto as Exhibit "Q" is a true and correct copy of Plaintiff Gartner, Inc.'s Response to First Set of Interrogatories Propounded by Stradling Yocca Carlson & Rauth, served on April 4, 2008.

I declare under penalty of perjury under the laws of the United States and the State of California, that the foregoing is true and correct.

Executed this 22nd day of September, 2008, at Los Angeles, California.

_____
Steven M. Ragona